IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PEGGY SAENZ, individually and as personal
representative over the Estate of PEGGY D.
SAENZ, deceased,

      Plaintiff,

vs.                                                                          No. CIV 14-1005 JB/SMV

LOVINGTON MUNICIPAL SCHOOL
DISTRICT; BOARD OF EDUCATION;
DARIN MANES, Superintendent, and CHRIS
BRATTAIN, High School Principal, in their
individual and official capacities,

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed April 30, 2015 (Doc. 26)("MOO"). In the MOO, the Court dismissed Plaintiff Peggy Saenz' federal claims for failure to state a claim. See MOO at 65. The Court also declined to exercise supplemental jurisdiction over Saenz' state law claims and dismissed them without prejudice to her filing them in state court. See MOO at 65. Because the MOO dismissed all of Saenz' claims before the Court, final judgment is appropriate.

      **IT IS ORDERED** that: (i) Plaintiff Peggy Saenz' case against Defendants Lovington Municipal School District, Board of Education, Darin Manes, and Chris Brattain is dismissed; and (ii) final judgment is entered.

                                                          _____
                                                            UNITED STATES DISTRICT JUDGE

*Counsel:*

Max Houston Proctor
Hobbs, New Mexico

--and--

Dick A. Blenden
Carlsbad, New Mexico

   *Attorneys for the Plaintiff*

Elizabeth L. German
Ethan D. Watson
Jason Michael Burnette
Shayne Huffman
German & Associates, LLC
Albuquerque, New Mexico

   *Attorneys for the Defendants*